IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA        §
                                §
VS.                             §        ACTION NO. 4:14-CR-151-Y
                                §
JOSE R. VILLAREAL HERNANDEZ (6) §

ORDER GRANTING MOTION TO CONTINUE

Pending before the Court is the Unopposed Motion to Continue Jury Trial (doc. 610).[1]  The Court has already certified this case as complex under the Speedy Trial Act.  See Order Granting First Mot. for Continuance (doc. 594).  Furthermore, after review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, Defendant's second motion to continue is GRANTED. The trial of this cause is CONTINUED until **1:30 p.m.** on **Monday, April 6, 2026.**  The pretrial conference is CONTINUED until **3:00 p.m.** on **Thursday, April 2.**

---

[1]The Court received neither a paper copy of nor an electronic proposed order with the motion.  Counsel are reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion.  See N.D. Tex. L. Crim. r. 49.2(b); ECF Admin. Procedures Manual at 3, ¶ II(C).  Counsel are also reminded that all motions require an electronic proposed order (emailed to means_orders@txnd.uscourts.gov).  See N.D. Tex. L. Crim. r. 47.1(c); ECF Admin. Procedures Manual at 3, II(F). Providing these items generally expedites the Court's consideration of the motion to which they pertain; persistent failure to provide them may result in the unfiling of the related motion.

ORDER GRANTING MOTION TO CONTINUE - Page 1
TRM/chr

It is further ORDERED that the amended scheduling order previously issued in this cause (doc. 597) is hereby MODIFIED as follows:

(1)  the deadline for filing pretrial motions is EXTENDED until **February 2, 2026;**

(2)  the deadline for filing witness and exhibit lists is EXTENDED until **March 30, 2026;** and

(3)  the deadline for exchanging exhibit notebooks is EXTENDED until **April 2, 2026.**

SIGNED September 4, 2025.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE - Page 2
TRM/chr