

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 15 2025

CLERK, U.S. DISTRICT COURT
By_____

UNITED STATES OF AMERICA

v.

JOSE RODOLFO VILLARREAL HERNANDEZ (06)
a/k/a "El Gato"

No.    4:14-CR-151-Y

[Supersedes Indictment
returned on June 20, 2018, as
to Villarreal Hernandez (06)
only.]

## FIFTH SUPERSEDING INDICTMENT

The Grand Jury Charges:

## Introduction

### The Southlake Murder

1.    In and around April 2013, the defendant, Jose Rodolfo Villarreal Hernandez (El Gato), ordered two sicarios (assassins) to kill J.J.G.C. in Southlake, Texas.   On May 22, 2013, the sicarios approached J.J.G.C., who was sitting in his parked SUV with his wife in Southlake Town Center and fired nine bullets from a 9mm pistol into J.J.G.C.'s head and torso, killing him.

### The BLO

2.    The Beltran Leyva Organization (BLO) is a storied Mexican drug trafficking organization that originally operated within a larger federation of Sinaloa-based drug cartels.   Since its inception in the early 2000's, its members have maintained shifting allegiances with members of the Gulf and Sinaloa Cartels, Los Zetas, and the Jalisco New Generation Cartel (CJNG), to name a few.

Fifth Superseding Indictment- Page 1 of 10

3.    In its beginning, the BLO was headed by the Beltran Leyva brothers: Arturo, Hector, and Alfredo.    As these drug lords were killed or captured, key lieutenants and trusted cartel members like Edgar Valdez Villarreal (La Barbie) took their place. Fausto Isidro Meza Flores (Chapo Isidro) and Oscar Manuel Gastelum Iribe (El Musico) currently head the BLO and are wanted men in Mexico.

4.    The BLO's power derives from its stable Colombian-cocaine connections secured by Arturo Beltran Leyva and passed down to others in succession, as well as from profits derived from Mexican-sourced marijuana, heroin, and methamphetamine.    From Colombia, BLO plaza bosses (regional cartel leaders) routinely receive thousands of kilograms of cocaine at various port cities in Mexico, such as Acapulco and Veracruz.

5.    After cocaine is received at these Mexican ports, BLO plaza bosses and members use semitrucks to transport bulk cocaine to staging-areas outside of major cities like Mexico City, Monterrey, and Chihuahua, to name a few.    From these staging areas, BLO plaza bosses and members organize cocaine-transportation to Juarez, Reynosa, and Nuevo Laredo from where the drugs are ultimately smuggled into the United States for distribution to places such as Dallas/Fort Worth, Houston, Memphis, and Atlanta.

6.    With the millions of U.S. Dollars generated daily from the distribution of cocaine into these United States cities, BLO plaza bosses and members bribe local, state, and federal policeman, local, state, and national Mexican politicians, and high-ranking members of the Mexican military.

7.    In addition to bribes, BLO plaza bosses and members use extreme violence to protect their ports and distribution hubs in Mexico.   For the last 20 years, the BLO has been in constant battles with members of the Sinaloa, Gulf and Zeta drug cartels. Indeed, La Barbie rose to infamy by video recording and publishing the brutal executions of Zeta cartel members.

Gato and Guerrero Chapa

8.    In 2002, Gato's father, himself a corrupt state policeman, was killed by order of J.J.G.C. who was a close confidant of, and lawyer for Osiel Cardenas, then the leader of the Gulf Cartel.   The murder of his father fueled Gato's thirst for vengeance, particularly towards J.J.G.C. because Gato and J.J.G.C. were from the same small town in Mexico: China, Nuevo Leon.   After becoming a Mexican Federal Policeman, Gato eventually began working for the BLO.   Gato spent the next 11 years of his life rising through the ranks of the BLO, becoming a key lieutenant and acquiring money and power to effect the assassination of J.J.G.C.   Gato openly discussed his desire to murder J.J.G.C. with other BLO members who were aware of J.J.G.C.'s affiliation with the Gulf Cartel, and Gato received permission from BLO leadership to pursue his vendetta against J.J.G.C. Thus, J.J.G.C.'s murder satisfied two purposes in Gato's life: personal revenge, and attacking the Gulf cartel, a rival drug cartel.

## San Pedro Plaza

9.      In and around 2010, Gato became the plaza boss of San Pedro Garza Garcia, a wealthy suburb of Monterrey, Mexico.   From there, Gato directed the distribution of his share of BLO's lucrative cocaine operation from port cities in Mexico to destination cities in the United States.   Gato also received millions of U.S. Dollars in drug money. San Pedro Garza Garcia is a unique plaza sought after by rival cartels due to the relative wealth and influence of the city's population, which often includes family members of prominent cartel figures in Mexico who are eager to pay taxes to the controlling cartel for their safety and security.   Furthermore, the city hosts the head offices of major Mexican and international businesses who are willing to pay for protection from cartel violence. Gato used drug money to bribe politicians, members of the Mexican military, and policeman.   Gato also used his power to extort businessmen in San Pedro and Monterrey, Mexico, and to oversee the retail distribution of controlled substances to wealthy clients in San Pedro.   Gato maintained oversight of the San Pedro Plaza until his arrest in Mexico in December 2022.

<u>Count One</u>
Continuing Criminal Enterprise
(Violation of 21 U.S.C. § 848)

10.    Paragraphs 1 through 9 are fully incorporated herein.

11.    Beginning in or before 2005, and continuing until at least December 2022, in the Northern and Southern Districts of Texas, the Republic of Mexico, and elsewhere, the defendant, **Jose Rodolfo Villarreal-Hernandez**, also known as El Gato, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that he unlawfully, knowingly and intentionally violated Title 21, United States Code, Sections 846 and 848, in concert with at least five other persons with respect to whom **Jose Rodolfo Villarreal-Hernandez** occupied a position of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

12.    Furthermore, the defendant, **Jose Rodolfo Villarreal-Hernandez** was a principal administrator, organizer, supervisor and leader of the criminal enterprise, which involved possession with intent to distribute and distribution of mixtures and substances containing a detectable amount of cocaine, a schedule II controlled substance, and the amount of said mixtures and substances was 300 times the quantity of the substance listed in 21 U.S.C. Section 841(b)(1)(B).

13.    Furthermore, the defendant, **Jose Rodolfo Villarreal-Hernandez**, while engaging in and working in furtherance of a criminal enterprise, and while engaging in an offense punishable under section 841(b)(1)(B) and 960(b)(1) of Title 21, United States Code, intentionally killed, and counseled, commanded, induced, procured, and caused the intentional killing of an individual and such killing resulted.

In violation of 21 U.S.C. § 848(a)(b) & (e).

Count Two
Interstate Stalking
(Violation of 18 U.S.C. § 2261A and § 2)

14.    Paragraphs 1 through 9 are fully incorporated herein.

15.    Beginning on or about March 1, 2011, and continuing until on or about May 22, 2013, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant, **Jose Rodolfo Villarreal Hernandez**, also known as El Gato, aided and abetted by others, traveled in interstate and foreign commerce from Mexico and elsewhere, to Southlake, Texas, and elsewhere, with the intent to kill, injure, harass and intimidate J.J.G.C., and in the course of and as a result of such travel placed J.J.G.C. in reasonable fear of the death of and serious bodily injury to J.J.G.C., and in the course of and as a result of such travel, the death of J.J.G.C. resulted.

In violation of 18 U.S.C. § 2261A and § 2.

## Count Three
### Conspiracy to Commit Murder for Hire
### (Violation of 18 U.S.C. § 1958)

16. Paragraphs 1 through 9 are fully incorporated herein.

17. Beginning on or about March 1, 2011, and continuing until on or about September 5, 2014, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant, **Jose Rodolfo Villarreal Hernandez**, also known as El Gato, along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to travel in interstate and foreign commerce from Mexico and elsewhere, to Southlake, Texas, and elsewhere, with the intent to murder J.J.G.C., in violation of the laws of Texas, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, and which offense resulted in the death of J.J.G.C.

In violation of 18 U.S.C. § 1958.

NOTICE OF SPECIAL FINDINGS – JOSE RODOLFO VILLARREAL HERNANDEZ

The allegations contained in Counts One and Three of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein.   As to Counts One and Three, the defendant, **Jose Rodolfo Villarreal Hernandez**, also known as El Gato:

A.    Statutory Factors Enumerated under 18 U.S.C. § 3591

1. Was 18 years of age or older at the time of the offense. (18 U.S.C. § 3591(a));
and

2. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act. (18 U.S.C. § 3591(a)(2)(C)); and

3. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act. (18 U.S.C. § 3591(a)(2)(D)).

B.    Statutory Factors Enumerated under 18 U.S.C. § 3592(c)

4. In the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense. (18 U.S.C. § 3592(c)(5)); and

5. Procured the commission of the offense by payment, or promise of payment, of anything of pecuniary value. (18 U.S.C. § 3592(c)(7)); and

6.  Committed the offense after substantial planning and premeditation to cause

the death of a person. (18 U.S.C. § 3592(c)(9)).

A TRUE BILL.

_____

FOREPERSON

NANCY E. LARSON

ACTING UNITED STATES ATTORNEY

_____

SHAWN SMITH

Assistant United States Attorney

Texas State Bar No. 24033206

801 Cherry Street, Suite 1700

Fort Worth, Texas, 76102

Telephone:   817-252-5200

Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JOSE RODOLFO VILLARREAL HERNANDEZ (06)
a/k/a "El Gato"

FIFTH SUPERSEDING INDICTMENT

21 U.S.C. § 848(a)(b) & (e)
Continuing Criminal Enterprise
Count 1

18 U.S.C. § 2261A and § 2
Interstate Stalking
Count 2

18 U.S.C. § 1958
Conspiracy to Commit Murder for Hire
Count 3

A true bill rendered

FORT WORTH _____ _____ FOREPERSON

Filed in open court this 15th day of October, 2025.

**Defendant in Federal Custody**

------------------------------------------------------------------------------------------

*Hal R. Ray, Jr.*

UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter: 4:14-CR-151-Y